# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 98-30355
_____

JAMES H. KOSTMAYER, JR.;
ROBERT I. LAWSON, JR.,

Plaintiffs-Appellants,

versus

DEPARTMENT OF TREASURY,
John W. Magaw, Director,
Bureau of Alcohol, Tobacco
& Firearms,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 98-CV-350-H

_____

April 9, 1999

Before REAVLEY, POLITZ, and SMITH, Circuit Judges.

PER CURIAM:[*]

James J. Kostmayer, Jr., and Robert I. Lawson, Jr., appeal the district court's

grant of the defendant-appellee's motion to dismiss or, in the alternative,

for summary judgment, challenging the constitutionality of 18 U.S.C. § 922(g)(1)

and § 925(c), as well as the denial of their request for a writ of mandamus or a

declaratory judgment. Having considered the briefs and oral argument of counsel

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and pertinent parts of the record, and for essentially the reasons assigned by the district court in its order granting the United States' motion to dismiss and alternative motion for summary judgment filed April 6, 1998, the judgment appealed is AFFIRMED.